

VIA ECF

September 21, 2023

The Honorable Ronnie Abrams
United States District Judge
United States District Court
40 Foley Place
New York, New York 10007

                        RE:    *United States v. Shawn Thomas*
                                 *23-Cr-52-RA*

Dear Judge Abrams:

      I represent Shawn Thomas, one of the defendants in this case. I write to join in the Motion to Dismiss filed on September 19, 2023, by co-defendant Francis Shane (ECF No. 69).

      Francis Shane moved to dismiss count seven of the indictment (S-1), which charges him with a violation of 18 U.S.C. § 924(c). Mr. Shane argued that Hobbs Act robbery can no longer serve as a predicate for the § 924(c) count, based on the reasoning of *United States v. Taylor*, 142 S. Ct. 2015 (2022).

      Mr. Thomas is similarly charged with a violation of 18 U.S.C. § 924(c) in count six of the indictment against him (S-2). That count is also predicated on a violation of Hobbs Act robbery, as charged in count 3. For the same reasons and legal argument as set forth in Mr. Shane's motion to dismiss, Mr. Thomas moves to dismiss count 6 of his indictment. After *Taylor* and its progeny, Hobbs Act robbery can no longer serve as a predicate for a violation of 18 U.S.C. § 924(c).

      Thank you for the Court's consideration of this request.

                                       Sincerely,

                                       /s/

                                       Florian Miedel
                                       *Counsel for Shawn Thomas*

Mr. Thomas is deemed to have joined in Mr. Shane's Motion to Dismiss.

cc:    AUSA Katherine Cheng
        *via ECF*

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
September 26, 2023

80 Broad Street, Suite 1900 • New York, New York 10004 • (T) 212-616-3042 • (F) 800-507-8507 • www.fmamlaw.com